# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CLINICAL REFERENCE LABORATORY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. 12-2768-KHV |
| ) | |
| SALUGEN BIOSCIENCES, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## REPORT AND ORDER ON EVIDENTIARY HEARING

This matter came on for evidentiary hearing before the undersigned magistrate judge on April 16, 2014. The motion **(Doc. 47)** was referred for report and recommendation on January 21, 2014. Plaintiff Clinical Reference Laboratory, Inc. appeared through its counsel, William Yocum. The president of the defendant companies, Brian Meshkin, appeared but no legal counsel appeared on behalf of the corporate defendants. There were no other appearances.

Because default was previously entered against defendants,[1] this matter was scheduled for an evidentiary hearing for the determination of damages. Mr. Meshkin was reminded that the court had admonished him that he cannot represent the defendants and that the corporations must be represented by counsel.[2]

---

[1] Order (Doc. 45); Clerk's Entry of Default (Doc. 46).
[2] *See* Orders, Docs. 42 and 43. Both orders were sent by certified mail to three separate addresses for defendant and by electronic mail. *See Tal v. Hogan*, 453 F.3d 1244, 1254 (10th Cir. 2006) (recognizing that corporations may appear only through counsel and cannot proceed

The court allowed the parties two short periods of recess for off the record discussion. At the conclusion of their discussions, the parties announced that they had reached an oral agreement which would resolve the plaintiff's pending motion.

**IT IS THEREFORE ORDERED** that plaintiff's counsel shall submit the proper dismissal documents to Judge Kathryn H. Vratil on or before **April 28, 2014** for approval and filing. The parties are cautioned to ensure that Mr. Meshkin's participation in any settlement agreement is based solely on his authority to bind his company to a contractual settlement, and not as a legal representative of the defendant corporations before this court.

**IT IS FURTHER ORDERED** that plaintiff's motion for default judgment (**Doc. 47**) will remain under advisement pending filing of the appropriate dismissal documents.

**IT IS SO ORDERED.**

Dated at Wichita, Kansas this 17th day of April 2014.

                                                                S/ Karen M. Humphreys
                                                                KAREN M. HUMPHREYS
                                                                United States Magistrate

---

pro se); *see also GFSI, Inc. v. San Sun Hats & Cap Co., Ltd.*, 2008 WL 489318, at *3 (D. Kan. Feb. 20, 2008) (striking the corporate defendant's response from the record because it was submitted by a non-attorney).