IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CLINICAL REFERENCE LABORATORY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 2:12-cv-2768-KHV-KMH |
| SALUGEN BIOSCIENCES, INC., et al., | ) ) ) |
| Defendants. | ) ) ) |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**

COME NOW Plaintiff, Clinical Reference Laboratory, Inc., by and through their counsel of record, and pursuant to the agreement of the parties made in open court on April 16, 2014, hereby dismisses with prejudice the claims made herein, said dismissal to be effective upon the Court's entry of the Stipulated Judgment filed contemporaneously herewith.

47954211.2

Respectfully submitted,

POLSINELLI PC


By:    /s/ Jasmine J. Abou-Kassem
     WILLIAM L. YOCUM          (KS #70041)
     JASMINE J. ABOU-KASSEM  (KS #24417)
     DIANA L. BECKMAN         (KS #22478)
     Twelve Wyandotte Plaza
     900 W. 48th Place, Suite 900
     Kansas City, MO 64112
     (816) 753-1000
     Fax No. (816) 753-1536
     byocum@polsinelli.com
     jabou-kassem@polsinelli.com
     dbeckman@polsinelli.com

ATTORNEYS FOR PLAINTIFF CLINICAL REFERENCE LABORATORY, INC.


### CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2014, I electronically filed the above and foregoing pleading with the Clerk of the Court by using the CM/ECF system.

And copies mailed via U.S. Mail to:

Proove Biosciences, Inc.
7706 Water Street
Fulton, MD 20759
ATTN: Brian Meshkin, President

Proove Biosciences, Inc.
8160 Maple Lawn Blvd., Suite 200
Fulton, MD 20759
ATTN: Brian Meshkin, President

Proove Biosciences, Inc.
6 Thomas, Suite 100
Irvine, CA 92618
ATTN: Brian Meshkin, President

47954211.2

/s/ Jasmine J. Abou-Kassem

47954211.2