# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CLINICAL REFERENCE LABORATORY, INC.,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) Case No. 2:12-cv-2768-KHV-KMH |
| **SALUGEN BIOSCIENCES, INC., et al.,** | ) ) ) |
| **Defendants.** | ) ) ) |

### STIPULATED JUDGMENT AGAINST DEFENDANTS SALUGEN BIOSCIENCES, INC. AND PROOVE BIOSCIENCES, INC.

COMES NOW Clinical Reference Laboratory, Inc. ("CRL"), by and through its counsel, and Brian Meshkin, as CEO of Defendants Salugen Biosciences, Inc. and Proove Biosciences, Inc. ("Defendants"), submit this Stipulated Judgment in favor of Clinical Reference Laboratory, Inc. in the amount of $250,329.11, which amount is made up of $162,899.94 due CRL on account, plus $66,009.81 due CRL in attorney's fees, pre-judgment interest in the amount of $20,849.36, and costs in the amount of $570.00, all as pursuant to the parties' agreement. CRL's counsel received a wire transfer from Defendants on April 21, 2014 in the amount of $250,239.11, which is currently held in an escrow account for CRL by its counsel. CRL's counsel will release the funds to CRL upon this Court's entry of this Stipulated Judgment. The parties also agree that this Court's entry of an order on this Stipulated Judgment will terminate the contract and related litigation between CRL and Defendants and confirms satisfaction by Defendants of the Stipulated Judgment. Additionally, and pursuant to the agreement of the parties, CRL has filed its Motion to Dismiss with Prejudice which will be effective upon entry of this Stipulated Judgment.

47952305.2

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFF IN THE AMOUNT OF $250,329.11 AND SAID JUDGMENT IS NOTED AS HAVING BEEN SATISFIED IN ACCORDANCE THEREWITH.   IT IS SO ORDERED.**

                                                                     Judge Kathryn H. Vratil

POLSINELLI PC

By: /s/ Jasmine J. Abou-Kassem
WILLIAM L. YOCUM   (KS #70041)
JASMINE J. ABOU-KASSEM  (KS #24417)
DIANA L. BECKMAN  (KS #22478)
900 W. 48th Place, Suite 900
Kansas City, MO 64112
(816) 753-1000
Fax No. (816) 753-1536
byocum@polsinelli.com
jabou-kassem@polsinelli.com
dbeckman@polsinelli.com

ATTORNEYS FOR PLAINTIFF CLINICAL
REFERENCE LABORATORY, INC.

Proove Biosciences, Inc.
7706 Water Street
Fulton, MD 20759
ATTN: Brian Meshkin, President

Proove Biosciences, Inc.
8160 Maple Lawn Blvd., Suite 200
Fulton, MD 20759
ATTN: Brian Meshkin, President

Proove Biosciences, Inc.
6 Thomas, Suite 100
Irvine, CA 92618
ATTN: Brian Meshkin, President

47952305.2